UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT L. MURRAY,<br><br>　　　　　　Defendant. | Civil Action No. 22-1329<br><br>Jury Trial Demanded |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court that he shall appear as counsel for Plaintiff, United States Securities and Exchange Commission ("SEC"), in this case:

　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: July 27, 2022　　　　　　s/Eric M. Phillips
　　　　　　　　　　　　　　　　　ERIC M. PHILLIPS (IL Bar # 6237871)
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　U.S. SECURITIES AND EXCHANGE
　　　　　　　　　　　　　　　　　COMMISSION
　　　　　　　　　　　　　　　　　175 West Jackson Boulevard, Suite 1450
　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　Telephone: (312) 353-7390
　　　　　　　　　　　　　　　　　Facsimile:　(312) 353-7398
　　　　　　　　　　　　　　　　　Email: Phillipse@sec.gov