==Motion granted.  This matter is hereby transferred to the United States District Court for the Northern District of Illinois.==
==/s/ John R. Adams==
==U.S. District Judge==
==11/29/2022==

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT L. MURRAY, JR., )<br>)<br>Defendant. ) | CASE NO. 1:22-cv-01329<br><br>JUDGE JOHN R. ADAMS |

## AGREED MOTION TO TRANSFER VENUE

Defendant Robert L. Murray, Jr. ("Murray"), *pro se*, has requested a transfer of venue from the United States District Court for the Northern District of Ohio to the United States District Court for the Northern District of Illinois. Plaintiff United States Securities and Exchange Commission agrees to Murray's request, and accordingly, for the reasons set forth in the attached Memorandum of Points and Authorities in Support, the parties respectfully move the Court to transfer venue, pursuant to 28 U.S.C. § 1404(a).

                                                  Respectfully submitted,

                                                  **UNITED STATES SECURITIES AND**
                                                  **EXCHANGE COMMISSION**

Dated: November 28, 2022                 By: */s/ Eric M. Phillips*
                                                  Eric M. Phillips (IL No. 6237871)
                                                  175 West Jackson Blvd., Suite 1450
                                                  Chicago, IL 60604
                                                  Telephone: (312) 353-7390